UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:  Chapter 11
 Case No. 07-

**LEON GOLOMB,**

Debtor.

-------------------------------------------------------X

## STATEMENT INDICATING REQUIREMENT OF PAY STATEMENTS IS NOT APPLICABLE

**LEON GOLOMB**, the Debtor herein, hereby states the following under the penalties of perjury:

1. Deponent is the Debtor in this Chapter 11 case.

2. Deponent is retired and does not receive any earned income. My only source of income is social security, and attached hereto are copies of bank account statements that show the direct deposit of my social security income.

**WHEREFORE**, the Debtor respectfully states that the requirement for producing pay statements received within sixty (60) days of the filing from any employer is not applicable to this Chapter 11 case.

**DATED:** New York, New York
~~February~~ , 2007
March 14,

_____
**LEON GOLOMB**

{00333324.DOC;2}

U.S. Service Center  000
PO Box 769013
San Antonio, TX 78245-9013

LEON GOLOMB
335 THROOP AVE.
BROOKLYN NY
11221-1410

## CITIBANK® EZ CHECKING AS OF JANUARY 25, 2007

### CITIBANK® EZ CHECKING SUMMARY:

| | |
|---|---|
| Checking | $4,023.18 |
| Savings | |
| Investments (not FDIC insured) | |
| Loans | |
| Credit Cards | |

**Saving for retirement just got easier now that you can direct deposit your IRS tax refunds.**
Starting in 2007, you can divide your IRS tax refund for deposit in up to three separate accounts, including your IRA. Visit a Citibank Financial Center or call 1-800-CITI-IRA to learn more about directly contributing your tax refund to your tax year 2007 IRA.

### SUGGESTIONS AND RECOMMENDATIONS

Please note that effective January 1, 2007 there is a new requirement that wire transfers sent to Euro-based accounts show the beneficiary's International Bank Account Number or IBAN. The European receiving bank may not be able to process transfers that do not show the account number in this format. If you are planning to send a wire transfer, please contact your beneficiary's bank in order to provide you with the correct IBAN account number.

### CITIBANK EZ CHECKING RATES AND CHARGES

Citibank gives you the benefit of lower charges and better rates as you maintain higher balances with us. There is no monthly service charge or per-check fee if you receive a direct deposit credit to or make 2 bill paying electronic bill payments from your account during this statement period.

For current rates and charges, Citibank considered your average balances during the month of December in all of your Citibank checking, savings, investments, credit cards and loan accounts that you asked us to add together. These balances include accounts that receive other statements.

| Rates | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Monthly Service Charge | Standard None |

Ask about accounts, electronic banking and tiered rates.
Please refer to your Citibank Account Terms and Conditions for details on how to determine your monthly service charges.

<a>LEON GOLOMB</a>

## CHECKING ACTIVITY

**Basic Checking**
11262444

Beginning Balance: $4,972.99
Ending Balance: $4,023.18

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 1/03 | Authorized Transfer CON ED OF NY INTELL CK | 297.00 | | 4,675.99 |
| 1/17 | Authorized Transfer SOCIAL SECURITY FOR LEIB GOLOMB | | 1,287.00 | 5,937.09 |
| 1/17 | Debit Card Purchase TWX*AOL SERVICE 0107 800-827-6364 NY 07015 | 25.90 | | |
| 1/19 | Check # 159 | 1,913.91 | | 4,023.18 |
| | Total Subtracted/Added | 2,236.81 | 1,287.00 | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank/Customer Account Services P.O. Box 5870 Grand Central Station New York, NY 10163-5870 |

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Citibank is an Equal Housing Lender.



Citicard, Citicard Banking Center, Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Checks-as-Cash, Equity Source Account, MultiMoney and Ready Credit are registered in the U.S. Patent and Trademark Office. CitiGold, Safety Check and CitiPhone Banking are service marks of Citicorp.

U.S. Service Center 000
PO Box 769013
San Antonio, TX 78245-9013

4   LEON GOLOMB
    335 THROOP AVE.
    BROOKLYN NY         11221-1410

Statement Period
Oct. 26 - Nov. 26, 2006

Page 1 of 3

## CITIBANK® EZ CHECKING AS OF NOVEMBER 26, 2006

**CITIBANK® EZ CHECKING SUMMARY:**

| | |
|---|---|
| Checking | $5,961.80 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Loans | ----- |
| Credit Cards | ----- |

Earn cash back with the Citi® Dividend Platinum Select® Card! **Get 0% APR on balance transfers until 12/1/07.** A low 13.24% APR thereafter. For more information, see enclosed insert. To apply, call **1-800-613-0947** and start saving. *(please reply by 1/15/07) Citi® Dividend Platinum Select® Card is issued by Citibank (South Dakota), N.A.*

## SUGGESTIONS AND RECOMMENDATIONS

As of **November 30, 2006**, Citibank, N.A. will **no longer offer World Wallet® Drafts** for purchase. For more information, please use the contact information listed on this statement.

Domestic **Citibank® Global Transfers are now FREE.** Transfer at selected ATMs or Citibank Online to another Citibank account you have or to someone else's Citibank account anywhere in the U.S.

## CITIBANK® EZ CHECKING RATES/CHARGES

Citibank gives you the benefit of lower charges and better rates as you maintain higher balance levels. There is no monthly service charge or per check fee if you receive a direct deposit credit to, or make 2 qualifying electronic bill payments from, your account during this statement period.

For current rates and charges, Citibank considered your average balances during the month of October in all of your qualifying checking, savings, investment, credit card, and loan accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range $6,000-$9,999 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | None |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges. Please note that when your qualified transaction activity exceeds the designated level, you may be subject to fees for transactions performed.

All fees assessed in a statement period, including per check and non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

## CHECKING ACTIVITY

**Basic Checking**
**11262444**

Beginning Balance: $7,540.61
Ending Balance: $5,961.80

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 10/26 | Check # 152 | 290.00 | | 7,250.61 |
| 10/31 | Authorized Transfer CON ED OF NY  INTELL CK | 297.00 | | 6,953.61 |
| 11/08 | Check # 154 | 100.00 | | 6,853.61 |
| 11/10 | Check # 153 | 100.00 | | 6,753.61 |
| 11/15 | Authorized Transfer SOCIAL SECURITY FOR LEIB GOLOMB | | 1,248.00 | |
| 11/15 | Check # 155 | 1,913.91 | | 6,087.70 |
| 11/16 | Debit Card Purchase TWX*AOL SERVICE 1106  800-827-6364 NY 06319 | 25.90 | | 6,061.80 |
| 11/21 | Check # 156 | 100.00 | | 5,961.80 |
| | **Total Subtracted/Added** | **2,826.81** | **1,248.00** | |

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 152 | 10/26 | 290.00 | 154 | 11/08 | 100.00 | 155 | 11/15 | 1,913.91 | 156 | 11/21 | 100.00 |
| 153 | 11/10 | 100.00 | | | | | | | | | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank/Customer Account Services P.O. Box 5870 Grand Central Station New York, NY 10163-5870 |

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

**In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Citibank is an Equal Housing Lender.**


EQUAL HOUSING LENDER

Citicard, Citicard Banking Center, Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Checks-as-Cash, Equity Source Account, MultiMoney and Ready Credit are registered in the U.S. Patent and Trademark Office. CitiGold, Safety Check and CitiPhone Banking are service marks of Citicorp.