UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

LEON LEIB GOLOMB a/k/a LEON GOLOMB,

Case No.: 07-41382 (ESS)

Chapter 11

Debtor.
------------------------------------------------------------X

## ORDER EXTENDING THE AUTOMATIC STAY

Upon the *Application in Support of Motion for an Order Extending the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B)* (the "Motion") filed by **Leib Golomb a/k/a Leon Golomb**, the debtor and debtor in possession herein (the "Debtor"), by his attorneys, **Robinson Brog Leinwand Greene Genovese & Gluck P.C.**, seeking the entry of an order pursuant to section 362(c)(3)(B) of title 11 of the United States Code (the "Bankruptcy Code") continuing the automatic stay as to all creditors for the duration of the Debtor's bankruptcy case and granting to the Debtor such other and further relief as may be just and appropriate; and the matter having come on to be heard before this Court on April 12, 2007; and no objections having been interposed; and

**AFTER DUE DELIBERATION** and sufficient cause being shown therefore, it is

**ORDERED** that the automatic stay is hereby continued for the duration of the Debtor's bankruptcy case pursuant to section 362(c)(3)(B).

DATED: Brooklyn, New York
April 12, 2007

*S/Elizabeth S. Stong*
**HONORABLE ELIZABETH S. STONG**
**UNITED STATES BANKRUPTCY JUDGE**

{00338766.DOC;1}