UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

LEON GOLOMB,

Chapter 11
Case No. 07-41382 (ESS)

Debtor.

------------------------------------------------------------X

## MONTHLY OPERATING REPORT FOR THE PERIOD MARCH 21, 2007 THROUGH APRIL 30, 2007

DEBTOR'S ADDRESS:   1518 59th Street
Brooklyn, New York 11219

MONTHLY DISBURSEMENTS:   $1,976.69

DEBTOR'S ATTORNEY:  Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143

MONTHLY OPERATING PROFIT (LOSS): $597.31

REPORT PREPARER:

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

The undersigned, having reviewed the attached report and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

DATE: 6/24/07

_____
Leon Golomb

Indicate if this is an amended statement by checking here.

☐   AMENDED STATEMENT

{00346486.DOC;1}

Schedule of Cash Receipts and Disbursements:

Income:
    Social Security Income:

| | | |
|---|---|---|
| | March 21, 2007: | $1,287.00 |
| | April 18, 2007: | $1,287.00 |
| | | $2,574.00 |

Disbursements:

| | | |
|---|---|---|
| | Cash: | $40.00 |
| | Mortgage: | $1,910.79 |
| | Internet Service: | $25.90 |
| | | $1,976.69 |

{00346496.DOC;1}

# citibank

U.S. Service Center    000
PO Box 769013
San Antonio, TX 78245-9013

111175/RM/2OF000

002
CITIBANK, N. A.
Account

LEON GOLOMB
PO BOX 210774
BROOKLYN NY                    11221-0774

Statement Period
Feb. 27 - Mar. 25, 2007

Page 1 of 6

## CITIBANK® EZ CHECKING AS OF MARCH 25, 2007

**CITIBANK® EZ CHECKING SUMMARY:**

| | |
|---|---|
| Checking | $372.14 |
| Savings | ----- |
| Investments (not FDIC Insured) | ----- |
| Loans | ----- |
| Credit Cards | ----- |

**Saving for retirement just got easier now that you can direct deposit your IRS tax refunds.**
Starting in 2007, you can divide your IRS tax refund for deposit in up to three separate accounts, including your IRA. Visit a Citibank Financial Center or call 1-800-CITI-IRA to learn more about directly contributing your tax refund to your tax year 2007 IRA.

**A new year is a new opportunity to set sound financial goals.**
Get started with Women & Co,®, a program from Citigroup and you may find that it's easier than you thought. You'll have access to a variety of resources on topics from real estate to retirement. Learn more at womenandco.com.

**SUGGESTIONS AND RECOMMENDATIONS**

**Time for a Mortgage Check-Up?**
Is your ARM interest rate resetting soon?
Want to cash out on some of the equity in your home?

Call us today at 1-866-517-3865 for a CitiMortgage Check-Up.

First mortgage loans are made through CitiMortgage, Inc. an equal housing lender.

LEON GOLOMB                                    Account                        Page 2 of 6                111176/R1/20F(
                                               Statement Period - Feb. 27 - Mar. 25, 2007

## CITIBANK® EZ CHECKING RATES AND CHARGES

Citibank gives you the benefit of lower charges and better rates as you maintain higher balance levels. There is no monthly service charge or per check fee if you receive a direct deposit credit to, or make 2 qualifying electronic bill payments from, your account during this statement period.

For current rates and charges, Citibank considered your average balances during the month of February in all of your qualifying checking, savings, investment, credit card, and loan accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range |
|---|---|
|  | $1,500-$5,999 |
| Rates | Standard |
| Monthly Service Charge | None |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges. Please note that when your qualified transaction activity exceeds the designated level, you may be subject to fees for transactions performed.

All fees assessed in a statement period, including per check and non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

## CHECKING ACTIVITY

**Basic Checking**
**11262444**

Beginning Balance: $3,032.62
Ending Balance: $372.14

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 3/07 | Check # 255 | 1,910.79 | | 1,121.83 |
| 3/15 | Debit Card Purchase | 25.90 | | 1,095.93 |
|  | TWX AOL SERVICE 0307  800-827-6364 NY 07073 | | | |
| 3/20 | Cash Withdrawal at CBC 0007694 | 60.00 | | 1,035.93 |
|  | 5420 13TH AV, BROOKLYN, NY | | | |
| 3/21 | Authorized Transfer | | 1,287.00 | |
|  | SOCIAL SECURITY FOR LEIB GOLOMB | | | |
| 3/21 | Cash Withdrawal at CBC 0007693 | 40.00 | | 2,282.93 |
|  | 5420 13TH AV, BROOKLYN, NY | | | |
| 3/22 | Check # 256 | 1,910.79 | | 372.14 |
|  | **Total Subtracted/Added** | **3,947.48** | **1,287.00** | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 | Citibank/Customer Account Services |
|  | (For Speech and Hearing | P.O. Box 5870 Grand Central Station |
|  | Impaired Customers Only | New York, NY 10163-5870 |
|  | TDD: 800-945-0258) | |

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

# citibank

U.S. Service Center    000
PO Box 769013
San Antonio, TX 78245-9013

45535/PR/04F000
000
CITIBANK, N. A.
**Account**

LEON GOLOMB
PO BOX 210774
BROOKLYN NY          11221-0774

**Statement Period**
Mar. 26 - Apr. 24, 2007

Page 1 of 3

## CITIBANK® EZ CHECKING AS OF APRIL 24, 2007

**CITIBANK® EZ CHECKING SUMMARY:**

| | |
|---|---|
| Checking | $1,633.24 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Loans | ----- |
| Credit Cards | ----- |

*WHEN PLANNING THAT NEXT GETAWAY*
Plan on Citibank's World Wallet® Service to make ordering Foreign Currency easier than ever. You have access to a wide variety of Foreign Currencies, delivered right to your door or place of business. (Anywhere in the Continental U.S.) Limits/Fees apply. Call 1-800-756-7050 for details.

Upgrade to the Citibank® / AAdvantage® Debit card or enroll an eligible checking account in the ThankYou(SM) Network. Choose the reward program that suits you best and start accumulating American Airlines AAdvantage® miles or ThankYou(SM) Points today! Terms and conditions apply to both programs. For more information, call 1-866-CITIBANK. AAdvantage is a registered trademark of American Airlines, Inc. ThankYou is a service mark of Citigroup Inc.

### SUGGESTIONS AND RECOMMENDATIONS

**Earn 5.00% APY!**

There is nothing like knowing your money is safe and growing strong! Open a Citibank 7 month CD today and earn 5.00% APY. REMEMBER, by opening a Citibank CD you can also get more ThankYou(SM) Points when linked to an enrolled checking account. Ask how. Visit your nearest Financial Center for details.

ThankYou (SM) is a service mark of Citigroup Inc.



63

LEON GOLOMB

Account
Statement Period - Mar. 26 - Apr. 24, 2007

Page 2 of 3

45536/R1/04F000

## CITIBANK® EZ CHECKING RATES AND CHARGES

Citibank gives you the benefit of lower charges and better rates as you maintain higher balance levels. There is no monthly service charge or per check fee if you receive a direct deposit credit to, or make 2 qualifying electronic bill payments from, your account during this statement period.

For current rates and charges, Citibank considered your average balances during the month of March in all of your qualifying checking, savings, investment, credit card, and loan accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range |
|---|---|
|  | $0-$1,499 |
| Rates | Standard |
| Monthly Service Charge | $7.50 (Waived) |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges. Please note that when your qualified transaction activity exceeds the designated level, you may be subject to fees for transactions performed.

All fees assessed in a statement period, including per check and non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

## CHECKING ACTIVITY

**Basic Checking**
11262444

Beginning Balance: $372.14
Ending Balance: $1,633.24

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 4/17 | Debit Card Purchase TWX*AOL SERVICE 0407 800-827-6364 NY 07106 | 25.90 | | 346.24 |
| 4/18 | Authorized Transfer SOCIAL SECURITY FOR LEIB GOLOMB | | 1,287.00 | 1,633.24 |
| | Total Subtracted/Added | 25.90 | 1,287.00 | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank/Customer Account Services P.O. Box 5870 Grand Central Station New York, NY 10163-5870 |

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.