UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re: Chapter 11
Case No. 07-41382 (ESS)

LEON GOLOMB,

Debtor.

-----------------------------------------------------------X

MONTHLY OPERATING REPORT FOR THE PERIOD
OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008

DEBTOR'S ADDRESS: 1518 59th Street
Brooklyn, New York 11219

MONTHLY DISBURSEMENTS: $2,213.91

DEBTOR'S ATTORNEY: Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143

MONTHLY OPERATING PROFIT (LOSS): (892.59)

REPORT PREPARER:

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

The undersigned, having reviewed the attached report and being familiar with the Debtor s financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

DATE: 1/27/09

Leon Golomb

Indicate if this is an amended statement by checking here.

☐ AMENDED STATEMENT

{00346486.DOC;1}

Schedule of Cash Receipts and Disbursements:

Income:

Social Security Income:

| | |
|---|---|
| October 15, 2008: | $1,316.00 |
| | $1,316.00 |

Disbursements:

| | |
|---|---|
| Internet Service: | $25.90 |
| Food: | $1,065.95 |
| Car Rental: | $448.23 |
| Miscellaneous: | $673.83 |
| | $2,213.91 |

Citibank Client Services 000
PO Box 769013
San Antonio, TX 78245-9013

000001/R1/20F000

006
CITIBANK, N. A.
**Account**
**11262444**

**Statement Period**
**Sept. 25 - Oct. 26, 2008**

LEON GOLOMB
1518 59TH ST
BROOKLYN NY 11219-5028



## CITIBANK® EZ CHECKING AS OF OCTOBER 26, 2008

| Relationship Summary: | |
|---|---|
| Checking | $1,622.87 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Loans | ----- |
| Credit Cards | ----- |

***On October 3, 2008, FDIC deposit insurance temporarily increased from $100,000 to $250,000 per depositor through December 31, 2009.***

***WHEN PLANNING THAT NEXT GETAWAY***

Plan on Citibank's **World Wallet ® Service** to make ordering Foreign Currency easier than ever. You have access to a wide variety of Foreign Currencies, delivered right to your door or place of business. (Anywhere in the Continental U.S.).
Visit your nearest Financial Center or Call 1-800-756-7050
Limits/Fees apply.

## CITIBANK® EZ CHECKING RATES AND CHARGES

Citibank gives you the benefit of lower charges and better rates as you maintain higher balance levels. There is no monthly service charge or per check fee if you receive a direct deposit credit to, or make 2 qualifying electronic bill payments from, your account during this statement period.

For current rates and charges, Citibank considered your average balances during the month of September in all of your qualifying checking, savings, investment, credit card, and loan accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

| Rates and Charges | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | None |

Ask about accounts eligible for preferred rates.

Please refer to your Citibank Account Terms and Conditions for details on how we determine your monthly fees and charges. Please note that when your qualified transaction activity exceeds the designated level, you may be subject to fees for transactions performed.

All fees assessed in a statement period, including per check and non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is currently debited for your monthly service charge).

LEON GOLOMB

Account 11262444 Page 2 of 4
Statement Period - Sept. 25 - Oct. 26, 2008

000002/R1/20F000

## CHECKING ACTIVITY

**Basic Checking**
**11262444**

**Beginning Balance:** $4,450.28
**Ending Balance:** $1,622.87

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 9/26 | Debit Card Purchase 09/24 10:13p #8084<br>CHINA BISTRO AVENTURA FL 08269<br>Restaurant/Bar | 71.69 | | 4,378.59 |
| 9/29 | Debit Card Purchase 09/24 01:34p #8084<br>KORNS BAKERY #1 BROOKLYN NY 08270<br>Food & Beverages | 157.40 | | |
| 9/29 | Debit Card Purchase 09/25 07:08p #8084<br>GRILL TIME LLC 786-274 MIAMI FL 08270<br>Restaurant/Bar | 154.18 | | |
| 9/29 | Debit Card Purchase 09/24 03:06p #8084<br>JETBLUE ER5EAI 8005382583 CT 08270<br>Airlines & Airports | 40.00 | | |
| 9/29 | Debit PIN Purchase 04:56p #8084<br>9400 HARDING AVENUE SURFSIDE FLUS02154 | 91.07 | | |
| 9/29 | Debit PIN Purchase 09/28 01:38p #8084<br>850 N MIAMI BEACH BLVD N MIAMI BEACHFLUS02154 | 21.39 | | 3,914.55 |
| 9/30 | Debit Card Purchase 09/28 04:35p #8084<br>SOUTH FLORIDA KOSHER M N. MIAMI BEAC FL 08273<br>Food & Beverages | 253.27 | | |
| 9/30 | Debit Card Purchase 09/28 06:22p #8084<br>GRILL TIME LLC 786-274 MIAMI FL 08273<br>Restaurant/Bar | 145.82 | | |
| 9/30 | Check # 334 | 900.00 | | |
| 9/30 | Check # 258 | 100.00 | | 2,515.46 |
| 10/01 | Debit Card Purchase 09/29 12:35p #8084<br>KOSHER LAND LLC SURFSIDE FL 08274<br>Food & Beverages | 36.47 | | 2,478.99 |
| 10/02 | Debit Card Purchase 09/29 02:22p #8084<br>SARAHS TENT LLC AVENTURA FL 08275<br>Food & Beverages | 96.43 | | 2,382.56 |
| 10/03 | Debit PIN Purchase 03:22p #8084<br>9400 HARDING AVENUE SURFSIDE FLUS02154 | 41.22 | | 2,341.34 |
| 10/06 | Check # 335 | 100.00 | | 2,241.34 |
| 10/07 | Debit Card Purchase 10/03 11:20a #8084<br>KOSHER LAND LLC SURFSIDE FL 08278<br>Food & Beverages | 60.54 | | |
| 10/07 | Debit Card Purchase 10/03 12:24p #8084<br>TAAN GAN EDEN N MIAMI BEACH FL 08280<br>Food & Beverages | 34.60 | | |
| 10/07 | Debit Card Purchase 10/03 03:36p #8084<br>KOSHER LAND LLC SURFSIDE FL 08278<br>Food & Beverages | 9.28 | | |
| 10/07 | Debit PIN Purchase 10/06 07:35p #8084<br>1501 NE 163RD STREET NORTH MIAMI FLUS02159 | 4.27 | | 2,132.65 |
| 10/08 | Debit Card Purchase 10/06 10:31p #8084<br>GRILL TIME LLC 786-274 MIAMI FL 08281<br>Restaurant/Bar | 63.32 | | |
| 10/08 | Debit PIN Purchase 09:37a #8084<br>9400 HARDING AVENUE SURFSIDE FLUS02154 | 51.59 | | |
| 10/08 | Debit PIN Purchase 01:14p #8084<br>850 N MIAMI BEACH BLVD N MIAMI BEACHFLUS02154 | 17.04 | | 2,000.70 |
| 10/09 | Debit Card Purchase Return 10/07 #8084<br>PUBLIX #73 SURFSIDE FL 08282<br>Food & Beverages | | 5.32 | |
| 10/09 | Debit Card Purchase 10/07 10:04p #8084<br>PUBLIX #73 SURFSIDE FL 08282<br>Food & Beverages | 41.55 | | 1,964.47 |
| 10/10 | Debit Card Purchase 10/07 09:02p #8084<br>SARA'S KOSHER PIZZA NORTH MIAMI FL 08283<br>Restaurant/Bar | 82.15 | | |
| 10/10 | Debit Card Purchase 10/08 12:43p #8084<br>SOUTH FLORIDA KOSHER M N. MIAMI BEAC FL 08283<br>Food & Beverages | 15.80 | | |
| 10/10 | Debit PIN Purchase 01:03p #8084<br>850 N MIAMI BEACH BLVD N MIAMI BEACHFLUS02154 | 43.39 | | 1,823.13 |
| 10/14 | Debit PIN Purchase 10/13 11:45a #8084<br>13TH AVE & 60TH STREET BROOKLYN NYUS02154 | 16.32 | | 1,806.81 |
| 10/15 | ACH Electronic Credit<br>SOCIAL SECURITY FOR LEIB GOLOMB | | 1,316.00 | |
| 10/15 | Debit Card Purchase 10/12 #8084<br>HERTZ RENT-A-CAR FT LAUDERDALE FL 08288<br>Autos (rental, service, gas) | 448.23 | | |
| 10/15 | Debit Card Purchase 10/13 12:19p #8084<br>THE SIDE DISH INC. BROOKLYN NY 08288<br>Restaurant/Bar | 69.75 | | |

## CHECKING ACTIVITY Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 10/15 | Debit Card Purchase 10/10 12:23p #8084<br>SOUTH FLORIDA KOSHER M N. MIAMI BEAC FL 08285<br>Food & Beverages | 68.06 | | |
| 10/15 | Debit Card Purchase 10/12 12:16p #8084<br>BAGEL TIME MIAMI BEACH FL 08288<br>Restaurant/Bar | 51.99 | | |
| 10/15 | Debit Card Purchase 10/14 12:15a #8084<br>TWX*AOL SERVICE 1008 800-827-6364 NY 08288<br>Misc Business Services | 25.90 | | |
| 10/15 | Debit Card Purchase 10/10 12:36p #8084<br>TAAN GAN EDEN N MIAMI BEACH FL 08287<br>Food & Beverages | 23.40 | | |
| 10/15 | Check # 257 | 100.00 | | 2,335.48 |
| 10/16 | Debit Card Purchase 10/13 03:30p #8084<br>KORNS BAKERY #1 BROOKLYN NY 08289<br>Food & Beverages | 125.00 | | |
| 10/16 | Debit PIN Purchase 04:14p #8084<br>SWC OF CONEY ISLAND AV BROOKLYN NYUS02159 | 8.76 | | 2,201.72 |
| 10/21 | Debit Card Purchase 10/17 01:59p #8084<br>SCHICK'S BAKERY BROOKLYN NY 08292<br>Food & Beverages | 83.46 | | |
| 10/21 | Debit Card Purchase 10/17 11:11a #8084<br>KORNS BAKERY #1 BROOKLYN NY 08294<br>Food & Beverages | 49.65 | | |
| 10/21 | Debit Card Purchase 10/17 12:52p #8084<br>SCHWARTZ APPETIZING BROOKLYN NY 08292<br>Food & Beverages | 45.15 | | |
| 10/21 | Debit Card Purchase 10/16 05:43p #8084<br>KOSHER DELIGHT BROOKLYN NY 08292<br>Restaurant/Bar | 42.10 | | |
| 10/21 | Debit Card Purchase 10/17 12:54p #8084<br>SCHWARTZ APPETIZING BROOKLYN NY 08292<br>Food & Beverages | 18.00 | | |
| 10/21 | Debit Card Purchase 10/17 02:06p #8084<br>KORNS BAKERY #1 BROOKLYN NY 08294<br>Food & Beverages | 15.70 | | |
| 10/21 | Debit Card Purchase 10/17 02:27p #8084<br>BORO PARK FOODMART SAM BROOKLYN NY 08292<br>Food & Beverages | 13.64 | | |
| 10/21 | Debit Card Purchase 10/17 02:05p #8084<br>KORNS BAKERY #1 BROOKLYN NY 08294<br>Food & Beverages | 5.60 | | 1,928.42 |
| 10/22 | Debit Card Purchase 10/19 12:11p #8084<br>BUBBAS BAGELS OF W WESLEY HILLS NY 08295<br>Restaurant/Bar | 5.55 | | |
| 10/22 | Check # 262 | 200.00 | | 1,722.87 |
| 10/24 | Check # 259 | 100.00 | | 1,622.87 |
| | **Total Subtracted/Added** | **4,148.73** | **1,321.32** | |

All transaction times and dates reflected are based on Eastern Standard Time.

**Checks Paid**

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 257 | 10/15 | 100.00 | 259 | 10/24 | 100.00 | 334* | 9/30 | 900.00 | 335 | 10/06 | 100.00 |
| 258 | 9/30 | 100.00 | 262* | 10/22 | 200.00 | | | | | | |

* Indicates gap in check number sequence

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999<br>(For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank/Customer Account Services<br>P.O. Box 5870 Grand Central Station<br>New York, NY 10163-5870 |


LEON GOLOMB
335 THROOP AVE.
BROOKLYN, NY 11221-1410

1-8/210 74
11262444

335

Date 9/28/08

Pay to the order of Kahal Chasidim $ 100 00/xx

One Hundred ——— 00/xx Dollars

citibank

CITIBANK, N.A. BR #74
61-10 METROPOLITAN AVENUE
RIDGEWOOD, NY 11385

Memo Maftir

⑆021000089⑆ 11262444⑈ 0335


PAY TO THE ORDER OF
BANKATLANTIC
NORTH MIAMI BEACH, FL 33162
2670837
FOR DEPOSIT ONLY
CONGREGATION KAHAL CHASIDIM
OF NORTH MIAMI BEACH INC.
0061868

PAID CITIBANK
4020 550113372 100608

Posted : 10/06/2008
Bank : 0000
R/T : 002100008
Account : 11262444
Check : 335
Amount : 100.00
DIN : 614956011337200000

LEON GOLOMB
335 THROOP AVE.
BROOKLYN, NY 11221-1410

Deli Pi

1-8/210 74
11262444

257

Date 9/16/08

POD 0064202780 10/14/2008 16 0084559756 034

Pay to the order of Mrs + Mrs. Milki Sefrin $ 100 00/xx

One Hundred ——— xx/xx Dollars

citibank

CITIBANK, N.A. BR #74
51-10 METROPOLITAN AVENUE
RIDGEWOOD, NY 11385

5401260031 102 4013 21 10

Memo Mazel Tov

⑆021000089⑆ 11262444⑈ 0257 ⑈0000010000⑈

PAID CITIBANK
0510043467 CCPDI #653
10152008 4013 5401260031 101508
031000040 VALLEY NATL BANK POD
ENT=1954 0064202780 10/14/2008 034

For Deposit Only
858 525 528

Posted : 10/15/2008
Bank : 0000
R/T : 002100008
Account : 11262444
Check : 257
Amount : 100.00
DIN : 14954012603100000

D.l.P.

LEON GOLOMB
335 THROOP AVE.
BROOKLYN, NY 11221

1-8/210 74
11262444

262

102 4238 21 102208

Date Oct 20, 2008

Pay to the order of Capital One Bank $ 200.00/XX

Two Hundred ——— 00/XX Dollars

citibank

CITIBANK, N.A. BR #74
51-10 METROPOLITAN AVENUE
RIDGEWOOD, NY 11385

Memo

Leon Golomb

⑆021000089⑆ 11262444⑈ 0262 ⑈0000020000⑈

PAID CITIBANK
CCPD 4662380512156T8 PKT16 >021407912
4239 5700062009 102208 Capital One MATTITU
RENJ 0027 PKT 5

Capital One Credit Card Pa 4862367218870493
10/20/2008 15:45:17 BR:0946 Bag:
00:04 AM Seq:341 Fee: $0.00 $200.00

Posted : 10/22/2008
Bank : 0000
R/T : 002100008
Account : 11262444
Check : 262
Amount : 200.00
DIN : 14957000620900000



Posted : 10/24/2008
Bank : 0000
R/T : 002100008
Account : 11262444
Check : 259
Amount : 100.00
DIN : 9515400984770000O